### 3180. STRANGE *v.* THE STATE.

HILL, C. J. 1. The evidence is in direct conflict as to whether the crime was commited in Hart county or in Franklin county. The jury settled the conflict by finding that it was committed in Hart county.

2. The trial judge did not abuse his discretion in refusing to grant another trial because of alleged newly discovered evidence, since a lack of diligence in procuring the evidence on the first trial was manifest.

3. No error appears, and the verdict is amply supported.

*Judgment affirmed.*

DECIDED APRIL 11, 1911.

Conviction of manslaughter; from Hart superior court—Judge Meadow. December 17, 1910.

*Worley Adams, A. G. & Julian McCurry*, for plaintiff in error.
*Thomas J. Brown, solicitor-general*, contra.